AO 451 (Rev. 2/86) Certification of Judgment - SDNY Web 5/99

FILED
Clerk's Office
USDC, Mass.
Date 8-18-05
By fmc
Deputy Clerk

# United States District Court

UNITED STATES DISTRICT OF SOUTHERN DISTRICT OF NEW YORK

National City Corporation, formerly known as Information Leasing Corporation, subservice agent to Wells Fargo Bank Minnesota National Association, solely in Wells Fargo's capacity as Indenture Trustee under a Third Amended and Restated Indenture among Terminal Marketing, Terminal Finance Corp. II and Wells Fargo Bank Minnesota National Association

v.

Surrender Records, Inc.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: **04 CIV. 7110** ROBINSON

I, J. MICHAEL McMAHON, Clerk, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on MAR 30 2005, as it appears in the records of this court, and that
*Date*

*

05-mc-10313

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

JUN 05 2005
*Date*

J. Michael McMahon
*Clerk* CLERK

[signature]
*(By) Deputy Clerk*

* Insert the appropriate language: ... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." ... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

U.S. DISTRICT COURT FILED MAR 30 2005 W.P. S.D. OF N.Y.

PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
(973) 729-8991
Attorneys for National City Commercial Capital Corporation

Frank Peretore, Esq.
FP #7020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CITY CORPORATION, formerly known as INFORMATION LEASING CORPORATION, subservice agent to WELLS FARGO BANK MINNESOTA NATIONAL ASSOCIATION, solely in WELLS FARGO'S capacity as Indenture Trustee under a Third Amended and Restated Indenture among TERMINAL MARKETING, TERMINAL FINANCE CORP., II and WELLS FARGO BANK MINNESOTA NATIONAL ASSOCIATION, Plaintiff, vs. SURRENDER RECORDS, INC., Defendant. | Case Number: 04 CV 7110<br>Judge Stephen C. Robinson<br>#05-0112-WP<br>ECF CASE<br>ORDER FOR DEFAULT JUDGMENT |

The Court having entered default against the defendant Surrender Records, Inc.; and the defendant having ~~failed to answer~~ or otherwise move to the Complaint; and the Plaintiff having made



A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY [signature]
DEPUTY CLERK

application pursuant to Federal Rule of Civil Procedure 55(b) by motion dated March 23, 2005, and by Declaration of Frank Peretore, and having submitted their Affidavit of Amount Due and Non-Military Service:

**THE COURT FINDS:**

1. This Court has jurisdiction of the subject matter of all counts of this action and over all the parties hereto.

2. A default judgment in this action is entered in favor of Plaintiff against the Defendant.

**IT IS, THEREFORE ORDERED**, that Plaintiff recover from the Defendant the balance of $82,064.30 plus attorneys' fees in the amount of $5,051.63 for a total judgment against this Defendant in the amount of $87,115.93; and

ORDERED, that plaintiff shall have immediate and permanent title and possession to the collateral equipment ("the equipment") subject to the transactions described in the Complaint and motion papers, which has not been returned to plaintiff, and which is described on **EXHIBIT A** hereto; and it is further

ORDERED, that the defendants shall properly maintain said equipment and return it to plaintiff or its agents within five (5) days hereof and fully cooperate in said return; and it is further

ORDERED, in the event that plaintiff takes possession of the equipment, plaintiff shall attempt to dispose of said personal property in a commercially reasonable manner in accordance with the New York Uniform Commercial Code and the net proceeds from said sale, if any, after deduction of reasonable expenses of retaking, holding, preparing for sale, selling and the like, shall be applied to reduce the amount of the Judgment herein; and it is further

**SO ORDERED**, this 29th day of March, 2005.

Stephen C. Robinson

United States District Judge

# TRANSCRIPT OF JUDGMENT -- NO. 05 -0112 WP

07/05/2005

| | Dates | Attorney | Names of Parties against whom judgment has been obtained | Names of Parties in whose favor judgment has been obtained | Amount | Costs | When Satisfied |
|---|---|---|---|---|---|---|---|
| How Obtained: Default<br>04CV7110(SCR) | Signing: 03/29/2005<br>Filing: 03/30/2005 | FRANK PERETORE, ESQ<br>PERETORE & PERETORE, P.C<br>191 WOODPORT ROAD<br>SPARTA, NEW JERSEY 07871<br>(973) 729-8991 | SURRENDER RECORDS, INC., | NATIONAL CITY CORPORATION, formerly known as Information Leasing Corp., subservice agent to Wells Fargo Bank MN Nat'l Assoc., solely in Wells Fargo's capacity as Indenture Trustee under a Third Amended & Restated Indenture among Terminal Marketing, Term'l Fin. Corp. | $87,115.93<br>...IT IS, THEREFORE ORDERED, THAT PLAINTIFF RECOVER FROM THE DEFENDANT THE BALANCE OF $82,064.30 PLUS ATTORNEY'S FEES IN THE AMOUNT OF $5,051.63 FOR A TOTAL JUDGMENT AGAINST THIS DEFENDANT IN THE AMOUNT OF $87,115.93 | $0.00 | / / |

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the foregoing is a true and correct transcript from the Docket of Judgments kept in my office and that the above judgment has not been satisfied of record.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this 5 day of July, two thousand five

J. Michael McMahon, Clerk

by [signature]
Deputy Clerk


transcript2.frx